IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIE MCDANIELS                                                                                    PLAINTIFF

VS.                              CASE NO. 4:02CV00144 GH

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                                                   DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Plaintiff's motion for attorney's fees is GRANTED AS MODIFIED and Plaintiff is hereby awarded attorney's fees in the amount of $2166.60 pursuant to EAJA. The Commissioner is directed to certify said award and pay Plaintiff's attorney this amount

SO ORDERED this 10th day of November, 2005.

_____
J. LEON HOLMES *for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE